JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>    Plaintiff,<br><br>v.<br><br>COMPUTER PROGRAMMERS AND APP DEVELOPERS WORKING FOR CENTRAL INTELLIGENCE AGENCY CIA IN LANGLEY et al.,<br><br>    Defendants. | Case No. 2:25-cv-10838-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, this action is dismissed as frivolous pursuant to 28 U.S.C § 1915(e).

Date: November 20, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1